ACCO,(MARx),CLOSED,DISCOVERY,MANADR,RELATED−G,TRANSFERRED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:23−cv−04916−JAK−MAR

Needles Unified School District v. JUUL Labs, Inc. et al

Assigned to: Judge John A. Kronstadt

Referred to: Magistrate Judge Margo A. Rocconi

Related Case:  2:23−cv−03163−JAK−MAR

Case in other court:  Superior Court of the State of California, LA Cty., CIV DS 2010341

Judicial Council Coordination Proceedings, JCCP No. 5052

Cause: 28:1441 Notice of Removal − Racketeering (RICO) Act

Date Filed: 06/21/2023
Date Terminated: 08/25/2023
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

| **Needles Unified School District** | represented by | **William B Shinoff** |
| --- | --- | --- |
| | | Frantz Law Group APLC |
| | | 428 J Street 4th Floor |
| | | Sacramento, CA 95814 |
| | | 916−492−6059 |
| | | Fax: 619−525−7672 |
| | | Email: wshinoff@frantzlawgroup.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jade Sommers Koller** |
| | | Frantz Law Group, APLC |
| | | 402 West Broadway, Suite 860 |
| | | San Diego, CA 92101 |
| | | 619−233−5945 |
| | | Fax: 619−525−7672 |
| | | Email: jkoller@frantzlawgroup.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James P Frantz** |
| | | Frantz Law Group APLC |
| | | 428 J Street 4th Floor |
| | | Sacramento, CA 95814 |
| | | 619−492−−6059 |
| | | Fax: 619−525−7672 |
| | | Email: jpf@frantzlawgroup.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kristina Aghazaryan** |
| | | Frantz Law Group |
| | | 402 West Broadway, Suite 860 |
| | | San Diego, CA 92101 |
| | | 619−233−5945 |
| | | Fax: 619−525−7672 |
| | | Email: kaghazaryan@frantzlawgroup.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**JUUL Labs, Inc.**
*formerly known as*
PAX Labs, Inc.
*formerly known as*
Ploom Inc.

**Defendant**

**Altria Group Inc.**                                  represented by   **Kristina Iliopoulos**
Arnold and Porter Kaye Scholer LLP
777 South Figueroa Street 44th Floor
Los Angeles, CA 90017
213–243–4000
Fax: 213–243–4199
Email: kristina.iliopoulos@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Sachi Wulfe**
Arnold and Porter Kaye Scholer LLP
777 South Figueroa Street 44th Floor
Los Angeles, CA 90017
213–243–4000
Fax: 213–243–4199
Email: lauren.wulfe@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip Morris USA Inc.**

**Defendant**

**Altria Client Services LLC**

**Defendant**

**Altria Group Distribution Company**

**Defendant**

**Does**
*1–100*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/21/2023 | Ï 1 | NOTICE OF REMOVAL from Superior Court of the State of California, County of Los Angeles, case number CIV DS 2010341 Receipt No: ACACDC–35531477 – Fee: $402, filed by Defendant Altria Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Part 1 of 3), # 3 Exhibit 2 (Part 2 of 3), # 4 Exhibit 2 (Part 3 of 3), # 5 Proof of Service) (Attorney Kristina Iliopoulos added to party Altria Group Inc.(pty:dft))(Iliopoulos, Kristina) (Entered: 06/21/2023) |

| 06/21/2023 | Ï 2 | CIVIL COVER SHEET filed by Defendant Altria Group Inc.. (Attachments: # 1 List of Related Cases)(Iliopoulos, Kristina) (Entered: 06/21/2023) |
| --- | --- | --- |
| 06/21/2023 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Altria Group Inc. (Iliopoulos, Kristina) (Entered: 06/21/2023) |
| 06/21/2023 | Ï 4 | NOTICE of Interested Parties filed by Defendant Altria Group Inc., identifying Needles Unified School District, Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, JUUL Labs, Inc.. (Iliopoulos, Kristina) (Entered: 06/21/2023) |
| 06/21/2023 | Ï 5 | NOTICE of Related Case(s) filed by Defendant Altria Group Inc.. Related Case(s): 2:23−cv−4170−JAK−MAR, 2:23-cv-4184-JAK−MAR, 2:23−cv−04188−DMG−MAR, 2:23−cv−04264, 2:23-cv-04269-JAK−MAR, 2:23−cv−04279−JAK−MAR, 2:23−cv−04749, 2:23−cv−04753, 2:23−cv−04759−GW−AGR, 2:23−cv−04761, 2:23−cv−04832, 2:23−cv−04838, 2:23−cv−04844, 2:23−cv−04850, 2:23−cv−04913, 2:23−cv−04915 (Iliopoulos, Kristina) (Entered: 06/21/2023) |
| 06/21/2023 | Ï | CONFORMED FILED COPY OF FIRST AMENDED COMPLAINT against Defendants Altria Client Services LLC, Altria Group Distribution Company, Altria Group Inc., Does 1−100, JUUL Labs, Inc., Philip Morris USA Inc. amending Notice of Removal (Attorney Civil Case Opening) 1 , filed by Plaintiff Needles Unified School District. [FILED IN STATE COURT ON 7/26/2022 SUBMITTED ATTACHED TO EXHIBIT 1 TO NOTICE OF REMOVAL FROM PAGE 383 1 ]. (et) (Entered: 06/27/2023) |
| 06/21/2023 | Ï | NON−CONFORMED COPY OF SECOND AMENDED COMPLAINT against Defendants Altria Client Services LLC, Altria Group Distribution Company, Altria Group Inc., Does 1−100, JUUL Labs, Inc., Philip Morris USA Inc. amending Amended Complaint,, filed by Plaintiff Needles Unified School District. [SUBMITTED ATTACHED TO NOTICE OF REMOVAL FROM PAGE 7 1 ].(et) (Entered: 06/27/2023) |
| 06/27/2023 | Ï 6 | NOTICE OF ASSIGNMENT to District Judge Josephine L. Staton and Magistrate Judge Alka Sagar. (et) (Entered: 06/27/2023) |
| 06/27/2023 | Ï 7 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (et) (Entered: 06/27/2023) |
| 06/27/2023 | Ï 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (et) (Entered: 06/27/2023) |
| 06/29/2023 | Ï 9 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 23−05−Related Case− filed. Related Case No: 2:23−cv−03163−JAK−MARx. Case transferred from Magistrate Judge Alka Sagar and Judge Josephine L. Staton to Judge John A. Kronstadt and Magistrate Judge Margo A. Rocconi for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:23−cv−04916−JAK−MARx. Signed by Judge John A. Kronstadt. (aco) (Entered: 06/29/2023) |
| 06/29/2023 | Ï 10 | STANDING ORDERS FOR CIVIL CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT upon filing of the complaint by Judge John A. Kronstadt. Please read each Order carefully as they differ in some respects from the Local Rules. Counsel are advised that the Court, at any time, may amend one or more of its Standing Orders. It is the responsibility of counsel to refer to this Courts Procedures and Schedules found on the website for the United States District Court, Central District of California (www.cacd.uscourts.gov) to obtain the operative order. The Court thanks the parties and their counsel for their anticipated cooperation in carrying out these requirements. (tj) (Entered: 06/29/2023) |
| 08/25/2023 | Ï 11 | Conditional Transfer Order − CTO−108 from the United States Judicial Panel on Multidistrict Litigation, MDL 2913, transferring case to USDC, Northern District of California and assigned to |

Honorable William H. Orrick, III. Case transferred electronically. (MD JS−6. Case Terminated.) (rolm) (Entered: 08/30/2023)